UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST RODRIGUEZ CERVANTES,

    Plaintiff,

  v.

SAN JOSE SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 18-cv-00644-JD

**ORDER OF DISMISSAL**

  Plaintiff, a detainee, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice.

  **IT IS SO ORDERED.**

Dated: June 26, 2018

                        JAMES DONATO
                        United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST RODRIGUEZ CERVANTES, <br><br> Plaintiff, <br><br> v. <br><br> SAN JOSE SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 18-cv-00644-JD <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest Rodriguez Cervantes ID: CEN# 16002835
County Jail
150 W. Hedding Street 7A#1
San Jose, CA 95110

Dated: June 26, 2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO