UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST RODRIGUEZ CERVANTES, <br><br> Plaintiff, <br><br> v. <br><br> SAN JOSE SHERIFF'S DEPARTMENT, et al., <br><br> Defendants. | Case No. 18-cv-00644-JD <br><br> **ORDER GRANTING EXTENSION** <br><br> Re: Dkt. No. 21 |

The original complaint in this civil rights action was dismissed with leave to amend on October 26, 2018. Plaintiff has requested an additional extension. Good cause appearing, it is hereby ordered that plaintiff's request for an extension of time (Docket No. 21) is **GRANTED** and an amended complaint may be filed by **March 8, 2019**. No additional extensions will be provided.

**IT IS SO ORDERED.**

Dated: February 19, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST RODRIGUEZ CERVANTES,

    Plaintiff,

v.

SAN JOSE SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. 18-cv-00644-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 19, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest Rodriguez Cervantes ID: 16002835
County Jail
150 W. Hedding Street
San Jose, CA 95110

Dated: February 19, 2019

    Susan Y. Soong
    Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO