UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST RODRIGUEZ CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN JOSE SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 18-cv-00644-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a detainee. In the initial review order on October 26, 2018, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. After providing several extensions, the time to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: March 28, 2019

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERNEST RODRIGUEZ CERVANTES, | Case No. 18-cv-00644-JD |
|---|---|
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SAN JOSE SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ernest Rodriguez Cervantes ID: 16002835
County Jail
150 W. Hedding Street
San Jose, CA 95110

Dated: March 28, 2019

Susan Y. Soong
Clerk, United States District Court

By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO